1  Brandon L. Phillips, Esq.-Local Counsel
   Nevada Bar No.12264
2  3960 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
3  Tel: 702.795.0097
   Fax: 702.795.0098
4  e-mail: *blp@abetterlegalpractice.com*
5
   Douglas R. Dollinger, Esq., appearing Pro Hoc Vice
6  Bar No. N.Y. 2354926
   50 Main Street-Suite 1000
7  White Plains, New York  10606
8  Tel.   845.915.6800
   Facs.  845.915.6801
9  e-mail: *ddollingeresq@gmail.com*

10                **THE UNITED STATES DISTRICT COURT**
                    **FOR THE DISTRICT OF NEVADA**
11                      **(SOUTHERN DIVISION)**

12  GOLD LEAF OVERSEAS SA 4128, a privately held Panamanian
13  corporation,   KILLSHUNT   REALTY   and   DEVELOPMENT
    CORPORATION, a privately held corporation registered in the
14  Philippines, and Craig Johnson, individually,                    **13-cv-1750-RCJ- (CWH)**

15                                        *Plaintiffs,*
                     *vs.*                                  **Notice   of   Motion   For   Entry of**
16                                                          **Default Judgement Fed R. Civ. P. 55(a)**
    Leticia R. Castro, Martha B. Castro, James a/k/a Jimmy Matute, Marc
17  A. Grossman, Julia B. Sylva, individually and collectively the *RICO*
    *Person Defendants,*
18                              *and*

19  GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex
    International, LLC., GrupoMex Latin America, GrupoMex LLC., and
20  XCELL Security House, S.A. *Enterprise Members, Defendants in*
    *Possession of Converted Assets,*
21                              *and*

22  Manuel A. Hoth, Liana Pabuk, Ignacio C. Fernandez, Howard Cohen,
    Joel Davies, Robert Saroukhanoff, John Doe and Jane Roe, 1-5,
23  individually and as Directors/Officers Members and/or Employees of
    GrupoMex   Enterprise   LLC.,   *Enterprise   members   individual*
24  *Defendants Aiding/Abetting in Negligence,*
                                          *Defendants.*
25

26      Plaintiffs Gold Leaf Overseas SA 4128 ("Gold Leaf"), a privately held Panamanian

27  corporation, Killshunt Realty and Development Corporation ("KRDC"), a privately held

28  corporation registered in the Philippines, and Craig Johnson, (Johnson") individually move

1  this Court for a judgment and award in this action, and show that the complaint in the
2  above case was filed in this court on September 24, 2013 **[DE-1.]**; that the summons and
3  complaint were duly served on the Defendant, Leticia R. Castro, Martha B. Castro, James
4  a/k/a Jimmy Matute, individually, *and* GrupoMex Holding, LLC., GrupoMex Enterprises,
5  LLC., GrupoMex International, LLC., GrupoMex Latin America, GrupoMex LLC., on the
6  February 8, 2014 and on subsequent dates other notices and communication were served
7  advising them of the action and of their default **[DE "21-24", "33-37".]**; no answer or
8  other defense has been filed by the Defendants; default was entered in the civil docket in
9  the office of this clerk on the 11th day of September 11, 2014; no proceedings have been
10 taken by the Defendants since the default was entered; Defendants were and are not in the
11 military service and are not infants or incompetent as appears in the declaration of
12 plaintiffs' counsel Douglas R. Dollinger, Esq. submitted herewith.

13          **WHEREFORE,** plaintiffs move that this Court make and enter a judgment:

14          1)       That Plaintiffs be granted a judgment for monetary, equitable and injunctive
15 relief in the form of a constructive trust with disgorgement of ownership rights and
16 turnover of the accounts held by Xell Security House and Finance, SA ("Xcell") on
17 behalf of Leticia R. Castro, James a/k/a Jimmy Matute, individually, *and* GrupoMex
18 Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex International, LLC., GrupoMex
19 Latin America, GrupoMex LLC., from the resulting injury-damages to plaintiffs'
20 businesses and property; including claims for breach of contract; profits attributable to
21 the conversion-theft of the Joint Venture funds; profits in the loss of economic
22 advantage; receipt of stolen property; damages for Negligence; Negligent Interference
23 with Prospective Economic Advantage;     Intentional Interference with Prospective
24 Economic Advantage; Unjust Enrichment; Fraud-Misrepresentation as and on behalf of
25 Gold Leaf    a sum in the amount of One     Million Three Hundred Thousand
26 ($1,300,000.00) Dollars plus accumulated interest as allowed by law  upon all money
27 from the time it became due and calculated from October 10, 2010 up to and including
28 July 31, 2015; in the case of KRDC a sum in the amount of Nine Hundred Thousand

1 ($900,000.00) Dollars, plus accumulated interest as allowed by law and calculated from
2 October 10, 2010 up to and including July 31, 2015; in the of and in the case of Johnson
3 a sum in the amount of One Million Three Hundred Thousand ($1,500,000.00) plus
4 accumulated interest as allowed by law and calculated from October 10, 2010, up to and
5 including July 31, 201 each as recovery in actual losses and compensatory amounts in
6 the separate and actual damages-losses as may be awarded under the common law as
7 well as state law and federal codes, statutes and rules;

8 2) That Plaintiffs be granted pre-judgment accumulated interest at the maximum
9 rate of 23.5 % from October 10, 2010 up to and including July 31, 2015; said sum with
10 accumulated interest calculated to the date of July 31, 2015; together with post judgment
11 interest at the stator rate until said judgment is paid in full.

12 3) That Plaintiffs be granted such further relief as the Court may deem just.
13 Dated: July 28, 2015.

Respectfully submitted,

Douglas R. Dollinger, Esq.
Bar No. NY 2354926
*Law Office of Douglas R. Dollinger,
P.C.& Associates*
50 Main Street-Suite 1000
White Plains, New York 10924
Telephone: (845) 915-6800
Facsimile: (845) 915-6801
E-mail: ddollingeresq@gmail.com

/s/

Brandon L. Phillips, Esq.-Local Counsel
Nevada Bar No.12264
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: 702.795.0097
Fax: 702.795.0098
e-mail: *blp@abetterlegalpractice.com*

Motion Request for Default Judgment

1 Brandon L. Phillips, Esq.-Local Counsel
Nevada Bar No.12264
2 3960 Howard Hughes Parkway, Suite 500
3 Las Vegas, Nevada 89169
Tel: 702.795.0097
4 Fax: 702.795.0098
e-mail: *blp@abetterlegalpractice.com*
5

6 Douglas R. Dollinger, Esq., appearing Pro Hoc Vice
Bar No. N.Y. 2354926
7 50 Main Street-Suite 1000
White Plains, New York 10606
8 Tel.   845.915.6800
Facs. 845.915.6801
9 e-mail: *ddollingeresq@gmail.com*

10
## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
11
## (SOUTHERN DIVISION)
12

13 GOLD LEAF OVERSEAS SA 4128, a privately held Panamanian corporation, KILLSHUNT REALTY and DEVELOPMENT CORPORATION, a privately held corporation registered in the
14 Philippines, and Craig Johnson, individually,

15 *Plaintiffs,*

*vs.*
16

17 Leticia R. Castro, Martha B. Castro, James a/k/a Jimmy Matute, Marc A. Grossman, Julia B. Sylva, individually and collectively the *RICO*
18 *Person Defendants,*

*and*
19

GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex
20 International, LLC., GrupoMex Latin America, GrupoMex LLC., and XCELL Security House, S.A. *Enterprise Members, Defendants in*
21 *Possession of Converted Assets,*

*and*
22

Manuel A. Hoth, Liana Pabuk, Ignacio C. Fernandez, Howard Cohen,
23 Joel Davies, Robert Saroukhanoff, John Doe and Jane Roe, 1-5, individually and as Directors/Officers Members and/or Employees of
24 GrupoMex Enterprise LLC., *Enterprise members individual Defendants Aiding/Abetting in Negligence,*
25

**13-cv-1750-RCJ- (CWH)**

**Attorney's Declaration For Default And Request and For Entry Of Default-Judgment**

26     Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs Gold Leaf Overseas
27 SA 4128 ("Gold Leaf"), a privately held Panamanian corporation, Killshunt Realty and
28 Development Corporation ("KRDC"), a privately held corporation registered in the

1 Philippines, and **Craig Johnson, (Johnson")** individually, file their Motion for Default
2 and Judgment against defendants Leticia R. Castro, Martha B. Castro, James a/k/a Jimmy
3 Matute, GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex International,
4 LLC., GrupoMex Latin America, GrupoMex LLC. Service of process was perfected on the
5 February 8, 2014 and then again on March 20, 2014 with additional notice issued several
6 times thereafter. **[DE "21-24", "33-37".]**

7 No answer or other defense was filed by the Defendants and Plaintiffs received a
8 clerk's default in answering on September 11, 2014 and now move for entry of judgment
9 for damages.

10
### INTRODUCTION

11 On September 23, 2013, Plaintiffs brought this action against Defendants. The
12 Complaint **[DE- 1.]** asserts claims against the Defendants requesting monetary, equitable
13 and injunctive relief from the resulting injury to their businesses and property; including
14 profits attributable to the conversion-theft of the Joint Venture funds; profits in the loss of
15 economic advantage; receipt of stolen property; damages for Negligence; Negligent
16 Interference with Prospective Economic Advantage;    Intentional Interference with
17 Prospective Economic Advantage; Unjust Enrichment; Fraud-Misrepresentation.

18 The Complaint sought on behalf of Gold Leaf a sum certain in the amount of One
19 Million Three Hundred Thousand ($1,300,000.00) Dollars; in the case of KRDC a sum
20 certain in the amount of Nine Hundred Thousand ($900,000.00) Dollars; and in the case
21 of Johnson a sum certain in the amount of One Million Three Hundred Thousand
22 ($1,500,000.00) with each representing actual losses and compensatory amounts as may be
23 applied under the law. **[DE 1.]**

24 Because the Leticia R. Castro, Martha B. Castro, James a/k/a Jimmy Matute,
25 GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex International, LLC.,
26 GrupoMex Latin America, GrupoMex LLC., have not filed an answer or other responsive
27 pleading Plaintiffs are entitled to entry of a default judgment for their non RICO claims
28 based upon the order of the Court dated July 24, 2015. **[DE-37.]**

XCELL Security House, S.A., ("XCELL") holds plaintiff's property as converted by defendants and as set forth in the Complaint and presents its declaration of intent to turnover the converted assets for assignment and liquidation as requested in the Complaint. **[DE-1.]** and **[Exhibit "A".]**   XCELL is owed a sum of Two Hundred and Fifty-Two Thousand (\$252,000.00) Dollars as and for its safekeeping fees and upon receipt of a judgment issued by this Court will in accord with Swiss law and US law turnover the account assets of the Defendant Leticia R. Castro Letica Castro the named account holder for payment of their fees and liquidation as and for plaintiffs' damages.

## ARGUMENT

The Court may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit.   Fed. R. Civ. P. 55(a); *see United States v. \$23,000 in U.S. Currency,* 346 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown,* 84 F.3d 137, 141 (5th Cir. 1996). The Clerk has entered default against the Defendants because the Defendants did not serve an answer to a claim set forth in the Complaint within 21 days after being served with the pleading. See,  FED. R. CIV. P. 12(a)(1)(A)(i); *and see also* FED. R. CIV. P. 55(a).

The Defendants are not minors or an incompetent persons. *See* FED. R. CIV. P. 55(b)(1).

The Defendants are not in military service. *See* 50 U.S.C. app. §521(b)(1).

Plaintiffs move for a default judgment on their claims, as well as attorney fees, costs and related damages.

Legal fees thus far paid were paid in the amount of Twenty Thousand (\$20,000.00) Dollars wherein Plaintiffs are seeking an award in that sum as expended for legal fees.

## CONCLUSION

For these reasons, Gold Leaf Overseas SA 4128, a privately held Panamanian corporation, Killshunt Realty and Development Corporation, a privately held corporation registered in the Philippines, and Craig Johnson, individually requests that the Court grant their motion for default judgment against the Leticia R. Castro, Martha B. Castro, James

1  a/k/a Jimmy Matute, GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex
2  International, LLC., GrupoMex Latin America, GrupoMex LLC., and further asks the court
3  to enter a default judgment in favor of the Plaintiffs on behalf of Gold Leaf a sum certain
4  in the amount of One Million Three Hundred Thousand ($1,300,000.00) Dollars and in
5  the case of KRDC a sum certain in the amount of Nine Hundred Thousand ($900,000.00)
6  Dollars and in the case of Johnson a sum certain in the amount of $1,500,000.00 with a an
7  award of pre judgement interest at a rate of 23.5% from October 10, 2010 with  the
8  calculations being for Gold Leaf $ 2,305,789.04; for Killshunt   $1,596,315.49; and for
9  Johnson $ 2,660,525.81. [See Exhibits "B" and "C".]; and against defendants the Leticia R.
10  Castro, Martha B. Castro, James a/k/a Jimmy Matute, GrupoMex Holding, LLC.,
11  GrupoMex Enterprises, LLC., GrupoMex International, LLC., GrupoMex Latin America,
12  GrupoMex LLC., together with attorney's fees as requested under the applicable, laws,
13  codes, statutes and rules; plus interest on the judgment at the legal rate until the judgment
14  is satisfied.

15        Dated: July 28, 2015.

16                                    Respectfully submitted,

17

18                                    _____
                                      Douglas R. Dollinger, Esq.
                                      Pro Hac Vice
19                                    The Law Offices of Douglas R. Dollinger P.C. &
                                      Associates
20                                    50 Main Street, Suite 1000
21                                    White Plains, New York 10606
                                      Tele: 845.915.6800
22                                    Fax: 845.915.6801
23                                    E-mail: ddollingeresq@gmail.com
                                      *Counsel for Plaintiffs*
24

25                                    /s/_____
26                                    Brandon L. Phillips, Esq.-Local Counsel
                                      Nevada Bar No.12264
27                                    3960 Howard Hughes Parkway, Suite 500
                                      Las Vegas, Nevada 89169
28

1

Tel: 702.795.0097

Fax: 702.795.0098

2

e-mail: *blp@abetterlegalpractice.com*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion Request for Default Judgment

**Exhibit "A"**

1  Brandon L. Phillips, Esq.-Local Counsel
   Nevada Bar No.12264
2  3960 Howard Hughes Parkway, Suite 500
3  Las Vegas, Nevada 89169
   Tel: 702.795.0097
4  Fax: 702.795.0098
   e-mail: *blp@abetterlegalpractice.com*
5
6  Douglas R. Dollinger, Esq., appearing Pro Hoc Vice
   Bar No. N.Y. 2354926
7  50 Main Street-Suite 1000
   White Plains, New York 10606
8  Tel.  845.915.6800
   Facs. 845.915.6801
9  e-mail: *ddollingeresq@gmail.com*

10                THE UNITED STATES DISTRICT COURT
11                  FOR THE DISTRICT OF NEVADA
                       (SOUTHERN DIVISION)
12
   GOLD LEAF OVERSEAS SA 4128, a privately held Panamanian
13 corporation,  KILLSHUNT  REALTY  and  DEVELOPMENT
   CORPORATION, a privately held corporation registered in the
14 Philippines, and Craig Johnson, individually,                    **13-cv-1750-RCJ- (CWH)**

15                              *Plaintiffs,*
                    vs.                              **Declaration  of Lynnwood Farr**
16                                                   **For   XCELL   Securities  SA**
                                                     **For  Turnover  of  Accounts**
17 Leticia R. Castro, Martha B. Castro, James a/k/a Jimmy Matute, Marc
   A. Grossman, Julia B. Sylva, individually and collectively the *RICO*
18 *Person Defendants,*
                              *and*
19
   GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex
20 International, LLC., GrupoMex Latin America, GrupoMex LLC., and
   XCELL Security House, S.A. *Enterprise Members, Defendants in*
21 *Possession of Converted Assets,*
                              *and*
22
   Manuel A. Hoth, Liana Pabuk, Ignacio C. Fernandez, Howard Cohen,
23 Joel Davies, Robert Saroukhanoff, John Doe and Jane Roe, 1-5,
   individually and as Directors/Officers Members and/or Employees of
24 GrupoMex  Enterprise  LLC.,  *Enterprise  members  individual*
   *Defendants Aiding/Abetting in Negligence,*
25
                                       *Defendants.*
26

27     Lynnwood Farr, pursuant to 28 U.S.C. § 1746 declare on this 28th day of July 2015, under the

28 penalties of perjury states that I am the president of XCELL Security House and Finance SA ("Xcell")

                 Declaration of Lynnwood Farr- Xcell Security House and Financial, SA

1  a company organized under Swiss law with offices located at Avenue de Béthusy 4- 1005 Lausanne,
2  Switzerland.

3       I make this declaration so as to advise the Court of Xcell's claim for payment of outstanding
4  invoices in the sum of $252,000.00 USD and for its intent as a *defendant in Possession of Converted*
5  *Assets,* to turnover to Plaintiffs' Counsel assets held by Xcell in the name of Leticia R. Castro for
6  liquidation in payment of Plaintiffs' claims.

7       It is my understanding, and I have read the Complaint that the Plaintiffs Gold Leaf Overseas SA
8  4128, a privately held Panamanian corporation, Killshunt Realty and Development Corporation, a
9  privately held corporation registered in the Philippines, and Craig Johnson, individually, are with the
10 permissiomn of the Court filing their Motion for Default and Judgment against defendants Leticia R.
11 Castro, Martha B. Castro, James a/k/a Jimmy Matute, GrupoMex Holding, LLC., GrupoMex
12 Enterprises, LLC., GrupoMex International, LLC., GrupoMex Latin America, GrupoMex LLC.

13      That the claims set forth among other claims in the Complaint a request for imposition of a
14 constructive trust and the termination of the property rights of these defendants including Leticia R.
15 Castro; meaning that the rights to the account holder Leticia R. Castro would upon this Court granting
16 the judgment become the property of Plaintiffs.

17      Under these circumstances, once the Court issues its judgement and upon payment of Xcell's
18 outstanding invoices the accounts would be formally reassigned to Plaintiffs' Counsel for liquidation.

19      I, Lynnwood declare under penalty of perjury under the laws of the United States of America
20 that the foregoing is true and correct.

21 Executed on July 28, 2015

22

23 *Lynnwood Farr*

24

25 Lynnwood Farr,
   President
26 Xcell Security House and Financial, SA

27

28

Declaration of Lynnwood Farr- Xcell Security House and Financial, SA

Exhibit "B"

1  Brandon L. Phillips, Esq.-Local Counsel
   Nevada Bar No.12264
2  3960 Howard Hughes Parkway, Suite 500
3  Las Vegas, Nevada 89169
   Tel: 702.795.0097
4  Fax: 702.795.0098
   e-mail: *blp@abetterlegalpractice.com*
5
6  Douglas R. Dollinger, Esq., appearing Pro Hoc Vice
   Bar No. N.Y. 2354926
7  50 Main Street-Suite 1000
   White Plains, New York 10606
8  Tel.  845.915.6800
   Facs. 845.915.6801
9  e-mail: *ddollingeresq@gmail.com*

10                THE UNITED STATES DISTRICT COURT
11                  FOR THE DISTRICT OF NEVADA
                          (SOUTHERN DIVISION)
12

13  GOLD LEAF OVERSEAS SA 4128, a privately held Panamanian
    corporation,  KILLSHUNT  REALTY  and  DEVELOPMENT
14  CORPORATION, a privately held corporation registered in the
    Philippines, and Craig Johnson, individually,                    **13-cv-1750-RCJ- (CWH)**
15                                          *Plaintiffs,*
16                       *vs.*                            **Declaration   of   Accountant**
                                                          **Paul  Friedlander  on  Interest**
17                                                        **Calculation From October 10, 2010**
    Leticia R. Castro, Martha B. Castro, James a/k/a Jimmy Matute, Marc
18  A. Grossman, Julia B. Sylva, individually and collectively the *RICO*
    *Person Defendants,*
19
                                 *and*
20
    GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex
21  International, LLC., GrupoMex Latin America, GrupoMex LLC., and
    XCELL Security House, S.A. *Enterprise Members, Defendants in*
22  *Possession of Converted Assets,*

23                               *and*

24  Manuel A. Hoth, Liana Pabuk, Ignacio C. Fernandez, Howard Cohen,
25  Joel Davies, Robert Saroukhanoff, John Doe and Jane Roe, 1-5,
    individually and as Directors/Officers Members and/or Employees of
26  GrupoMex  Enterprise  LLC.,  *Enterprise  members  individual*
    *Defendants Aiding/Abetting in Negligence,*
27
                                              *Defendants.*
28
                        Declaration of Accountant Paul Friedlander

1   Paul Friedlander, pursuant to 28 U.S.C. § 1746 declare on this 27th day of July 2015, under the
2   penalties of perjury states that I am an accountant located in the state of New York and have been
3   retained in this matter by the Law Office of Douglas R. Dollinger, P.C. and Associates.

4   I was provide with copies of the Complaint in these proceedings to render calculations on
5   interest which may be payable in the circumstances of this case on matters concerning injury-damages
6   to plaintiffs' businesses and property; including claims for breach of contract; profits attributable to
7   the conversion-theft of the Joint Venture funds; profits in the loss of economic advantage; receipt of
8   stolen property; damages for Negligence; Negligent Interference with Prospective Economic
9   Advantage; Intentional Interference with Prospective Economic Advantage; Unjust Enrichment;
10  Fraud-Misrepresentation as and on behalf of **Gold Leaf Overseas SA 4128 ("Gold Leaf")**, a sum in
11  the amount of One  Million Three Hundred Thousand ($1,300,000.00) Dollars plus accumulated
12  prejudgment interest calculated from October 10, 2010 up to and including July 31, 2015; in the
13  case of , **Killshunt Realty and Development Corporation ("Killshunt")** a sum in the amount of
14  Nine Hundred Thousand ($900,000.00) Dollars, plus accumulated prejudgment interest calculated
15  from October 10, 2010 up to and including July 31, 2015;  in the case of , **Craig Johnson**
16  **("Johnson")** a sum in the amount of Nine Hundred Thousand (1,500,000.00) Dollars, plus
17  accumulated prejudgment interest calculated from October 10, 2010 up to and including July 31,
18  2015.

19  I make this declaration so as to advise the Court of the calculation of pre judgment interest
20  payable since the date of October 10, 2010 at a rate of interest set at 23.5% per annum compounded
21  annually. Using this interest rate with the default date due from October 10, 2010 the calculations for
22  pre judgment interest only to July 31, 2015 would be for **Gold Leaf $ 2,305,789.04**; for **Killshunt**
23  **$1,596,315.49**; and for **Johnson $ 2,660,525.81. [See Exhibit "C".]**

24  I, Paul Friedlander, declare under penalty of perjury under the laws of the United States of
25  America that the foregoing is true and correct.

26  Executed on July 27, 2015
27
28  Paul Friedlander

Declaration of Accountant Paul Friedlander

**Exhibit "C"**



# Compound Interest Calculator

Work out the **compound interest on your savings** with these popular calculators. Use the first calculator to include regular monthly deposits or withdrawals (for retirement calculations, etc). Use the second calculator to work out interest on a simple lump sum savings amount. In our article archive, you can learn about compound interest or read our article explaining the formula for compound interest.

## Regular Deposit / Withdrawal  GOLD LEAF

| | |
|---|---|
| CURRENCY: | Dollar ($) |
| BASE AMOUNT: | $ 1300000 |
| ANNUAL INTEREST RATE: | 23.5 % |
| CALCULATION PERIOD: | 58 months |
| REGULAR MONTHLY? | $ [ ] deposit |
| INCREASE DEPOSITS/WITHDRAWALS YEARLY WITH INFLATION? | ☐ |
| COMPOUND INTERVAL: 2 | Yearly |

Calculate    Reset

GOLD LEAF

# Calculation results

(interest compounded **yearly** - added at the end of each year)

| Month | Month Interest | Total Interest | Balance |
|-------|----------------|----------------|---------|
| 1 | $0.00 | $0.00 | $1,300,000.00 |
| 2 | $0.00 | $0.00 | $1,300,000.00 |
| 3 | $0.00 | $0.00 | $1,300,000.00 |
| 4 | $0.00 | $0.00 | $1,300,000.00 |
| 5 | $0.00 | $0.00 | $1,300,000.00 |
| 6 | $0.00 | $0.00 | $1,300,000.00 |
| 7 | $0.00 | $0.00 | $1,300,000.00 |
| 8 | $0.00 | $0.00 | $1,300,000.00 |
| 9 | $0.00 | $0.00 | $1,300,000.00 |
| 10 | $0.00 | $0.00 | $1,300,000.00 |
| 11 | $0.00 | $0.00 | $1,300,000.00 |
| 12 | $305,500.00 | $305,500.00 | $1,605,500.00 |
| 13 | $0.00 | $305,500.00 | $1,605,500.00 |
| 14 | $0.00 | $305,500.00 | $1,605,500.00 |
| 15 | $0.00 | $305,500.00 | $1,605,500.00 |
| 16 | $0.00 | $305,500.00 | $1,605,500.00 |
| 17 | $0.00 | $305,500.00 | $1,605,500.00 |
| 18 | $0.00 | $305,500.00 | $1,605,500.00 |
| 19 | $0.00 | $305,500.00 | $1,605,500.00 |
| 20 | $0.00 | $305,500.00 | $1,605,500.00 |
| 21 | $0.00 | $305,500.00 | $1,605,500.00 |
| 22 | $0.00 | $305,500.00 | $1,605,500.00 |
| 23 | $0.00 | $305,500.00 | $1,605,500.00 |
| 24 | $377,292.50 | $682,792.50 | $1,982,792.50 |
| 25 | $0.00 | $682,792.50 | $1,982,792.50 |
| 26 | $0.00 | $682,792.50 | $1,982,792.50 |
| 27 | $0.00 | $682,792.50 | $1,982,792.50 |
| 28 | $0.00 | $682,792.50 | $1,982,792.50 |
| 29 | $0.00 | $682,792.50 | $1,982,792.50 |
| 30 | $0.00 | $682,792.50 | $1,982,792.50 |
| 31 | $0.00 | $682,792.50 | $1,982,792.50 |

GOLD LEAF

| 32 | $0.00 | $682,792.50 | $1,982,792.50 |
| 33 | $0.00 | $682,792.50 | $1,982,792.50 |
| 34 | $0.00 | $682,792.50 | $1,982,792.50 |
| 35 | $0.00 | $682,792.50 | $1,982,792.50 |
| 36 | $465,956.24 | $1,148,748.74 | $2,448,748.74 |
| 37 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 38 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 39 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 40 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 41 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 42 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 43 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 44 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 45 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 46 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 47 | $0.00 | $1,148,748.74 | $2,448,748.74 |
| 48 | $575,455.95 | $1,724,204.69 | $3,024,204.69 |
| 49 | $0.00 | $1,724,204.69 | $3,024,204.69 |
| 50 | $0.00 | $1,724,204.69 | $3,024,204.69 |
| 51 | $0.00 | $1,724,204.69 | $3,024,204.69 |
| 52 | $0.00 | $1,724,204.69 | $3,024,204.69 |
| 53 | $0.00 | $1,724,204.69 | $3,024,204.69 |
| 54 | $0.00 | $1,724,204.69 | $3,024,204.69 |
| 55 | $0.00 | $1,724,204.69 | $3,024,204.69 |
| 56 | $0.00 | $1,724,204.69 | $3,024,204.69 |
| 57 | $0.00 | $1,724,204.69 | $3,024,204.69 |
| 58 | $581,584.35 | $2,305,789.04 | $3,605,789.04 |

Base amount: $1,300,000.00
Interest Rate: 23.5%
Effective Annual Rate: 23.5%
Calculation period: 58 months



# Compound Interest Calculator

Work out the **compound interest on your savings** with these popular calculators. Use the
first calculator to include regular monthly deposits or withdrawals (for retirement calculations,
etc). Use the second calculator to work out interest on a simple lump sum savings amount.
In our article archive, you can learn about compound interest or read our article explaining
the formula for compound interest.

## Regular Deposit / Withdrawal   KILLSHUNT

| | |
|---|---|
| CURRENCY: | Dollar ($) ⌄ |
| BASE AMOUNT: | $ 900000 |
| ANNUAL INTEREST RATE: | 23.5 % |
| CALCULATION PERIOD: | 58 months ⌄ |
| REGULAR MONTHLY? | $ [ ] deposit ⌄ |
| INCREASE DEPOSITS/WITHDRAWALS YEARLY WITH INFLATION? | ☐ |
| COMPOUND INTERVAL: ? | Yearly ⌄ |

Calculate    Reset

KILLSHUNT

# Calculation results

(interest compounded **yearly** - added at the end of each year)

| Month | Month Interest | Total Interest | Balance |
|-------|----------------|----------------|---------|
| 1 | $0.00 | $0.00 | $900,000.00 |
| 2 | $0.00 | $0.00 | $900,000.00 |
| 3 | $0.00 | $0.00 | $900,000.00 |
| 4 | $0.00 | $0.00 | $900,000.00 |
| 5 | $0.00 | $0.00 | $900,000.00 |
| 6 | $0.00 | $0.00 | $900,000.00 |
| 7 | $0.00 | $0.00 | $900,000.00 |
| 8 | $0.00 | $0.00 | $900,000.00 |
| 9 | $0.00 | $0.00 | $900,000.00 |
| 10 | $0.00 | $0.00 | $900,000.00 |
| 11 | $0.00 | $0.00 | $900,000.00 |
| 12 | $211,500.00 | $211,500.00 | $1,111,500.00 |
| 13 | $0.00 | $211,500.00 | $1,111,500.00 |
| 14 | $0.00 | $211,500.00 | $1,111,500.00 |
| 15 | $0.00 | $211,500.00 | $1,111,500.00 |
| 16 | $0.00 | $211,500.00 | $1,111,500.00 |
| 17 | $0.00 | $211,500.00 | $1,111,500.00 |
| 18 | $0.00 | $211,500.00 | $1,111,500.00 |
| 19 | $0.00 | $211,500.00 | $1,111,500.00 |
| 20 | $0.00 | $211,500.00 | $1,111,500.00 |
| 21 | $0.00 | $211,500.00 | $1,111,500.00 |
| 22 | $0.00 | $211,500.00 | $1,111,500.00 |
| 23 | $0.00 | $211,500.00 | $1,111,500.00 |
| 24 | $261,202.50 | $472,702.50 | $1,372,702.50 |
| 25 | $0.00 | $472,702.50 | $1,372,702.50 |
| 26 | $0.00 | $472,702.50 | $1,372,702.50 |
| 27 | $0.00 | $472,702.50 | $1,372,702.50 |
| 28 | $0.00 | $472,702.50 | $1,372,702.50 |
| 29 | $0.00 | $472,702.50 | $1,372,702.50 |
| 30 | $0.00 | $472,702.50 | $1,372,702.50 |
| 31 | $0.00 | $472,702.50 | $1,372,702.50 |

KILLSHUNT

| 32 | $0.00 | $472,702.50 | $1,372,702.50 |
| 33 | $0.00 | $472,702.50 | $1,372,702.50 |
| 34 | $0.00 | $472,702.50 | $1,372,702.50 |
| 35 | $0.00 | $472,702.50 | $1,372,702.50 |
| 36 | $322,585.09 | $795,287.59 | $1,695,287.59 |
| 37 | $0.00 | $795,287.59 | $1,695,287.59 |
| 38 | $0.00 | $795,287.59 | $1,695,287.59 |
| 39 | $0.00 | $795,287.59 | $1,695,287.59 |
| 40 | $0.00 | $795,287.59 | $1,695,287.59 |
| 41 | $0.00 | $795,287.59 | $1,695,287.59 |
| 42 | $0.00 | $795,287.59 | $1,695,287.59 |
| 43 | $0.00 | $795,287.59 | $1,695,287.59 |
| 44 | $0.00 | $795,287.59 | $1,695,287.59 |
| 45 | $0.00 | $795,287.59 | $1,695,287.59 |
| 46 | $0.00 | $795,287.59 | $1,695,287.59 |
| 47 | $0.00 | $795,287.59 | $1,695,287.59 |
| 48 | $398,392.58 | $1,193,680.17 | $2,093,680.17 |
| 49 | $0.00 | $1,193,680.17 | $2,093,680.17 |
| 50 | $0.00 | $1,193,680.17 | $2,093,680.17 |
| 51 | $0.00 | $1,193,680.17 | $2,093,680.17 |
| 52 | $0.00 | $1,193,680.17 | $2,093,680.17 |
| 53 | $0.00 | $1,193,680.17 | $2,093,680.17 |
| 54 | $0.00 | $1,193,680.17 | $2,093,680.17 |
| 55 | $0.00 | $1,193,680.17 | $2,093,680.17 |
| 56 | $0.00 | $1,193,680.17 | $2,093,680.17 |
| 57 | $0.00 | $1,193,680.17 | $2,093,680.17 |
| 58 | $402,635.32 | $1,596,315.49 | $2,496,315.49 |

Base amount: $900,000.00
Interest Rate: 23.5%
Effective Annual Rate: 23.5%
Calculation period: 58 months

http://www.thecalculatorsite.com/finance/calculators/compoundinterestcalculator.php        7/31/2015



# Compound Interest Calculator

Work out the **compound interest on your savings** with these popular calculators. Use the
first calculator to include regular monthly deposits or withdrawals (for retirement calculations,
etc). Use the second calculator to work out interest on a simple lump sum savings amount.
In our article archive, you can learn about compound interest or read our article explaining
the formula for compound interest.

## Regular Deposit / Withdrawal    Johnson

| | |
|---|---|
| CURRENCY: | Dollar ($) ⌄ |
| BASE AMOUNT: | $ 1500000 |
| ANNUAL INTEREST RATE: | 23.5 % |
| CALCULATION PERIOD: | 58  months ⌄ |
| REGULAR MONTHLY? | $ [   ]  deposit ⌄ |
| INCREASE DEPOSITS/WITHDRAWALS YEARLY WITH INFLATION? | ☐ |
| COMPOUND INTERVAL: ? | Yearly ⌄ |

[ Calculate ]  [ Reset ]

JOHNSON

## Calculation results

(interest compounded **yearly** - added at the end of each year)

| Month | Month Interest | Total Interest | Balance |
|-------|----------------|----------------|---------|
| 1 | $0.00 | $0.00 | $1,500,000.00 |
| 2 | $0.00 | $0.00 | $1,500,000.00 |
| 3 | $0.00 | $0.00 | $1,500,000.00 |
| 4 | $0.00 | $0.00 | $1,500,000.00 |
| 5 | $0.00 | $0.00 | $1,500,000.00 |
| 6 | $0.00 | $0.00 | $1,500,000.00 |
| 7 | $0.00 | $0.00 | $1,500,000.00 |
| 8 | $0.00 | $0.00 | $1,500,000.00 |
| 9 | $0.00 | $0.00 | $1,500,000.00 |
| 10 | $0.00 | $0.00 | $1,500,000.00 |
| 11 | $0.00 | $0.00 | $1,500,000.00 |
| 12 | $352,500.00 | $352,500.00 | $1,852,500.00 |
| 13 | $0.00 | $352,500.00 | $1,852,500.00 |
| 14 | $0.00 | $352,500.00 | $1,852,500.00 |
| 15 | $0.00 | $352,500.00 | $1,852,500.00 |
| 16 | $0.00 | $352,500.00 | $1,852,500.00 |
| 17 | $0.00 | $352,500.00 | $1,852,500.00 |
| 18 | $0.00 | $352,500.00 | $1,852,500.00 |
| 19 | $0.00 | $352,500.00 | $1,852,500.00 |
| 20 | $0.00 | $352,500.00 | $1,852,500.00 |
| 21 | $0.00 | $352,500.00 | $1,852,500.00 |
| 22 | $0.00 | $352,500.00 | $1,852,500.00 |
| 23 | $0.00 | $352,500.00 | $1,852,500.00 |
| 24 | $435,337.50 | $787,837.50 | $2,287,837.50 |
| 25 | $0.00 | $787,837.50 | $2,287,837.50 |
| 26 | $0.00 | $787,837.50 | $2,287,837.50 |
| 27 | $0.00 | $787,837.50 | $2,287,837.50 |
| 28 | $0.00 | $787,837.50 | $2,287,837.50 |
| 29 | $0.00 | $787,837.50 | $2,287,837.50 |
| 30 | $0.00 | $787,837.50 | $2,287,837.50 |
| 31 | $0.00 | $787,837.50 | $2,287,837.50 |

JOHNSON

| | | | |
|---|---|---|---|
| 32 | $0.00 | $787,837.50 | $2,287,837.50 |
| 33 | $0.00 | $787,837.50 | $2,287,837.50 |
| 34 | $0.00 | $787,837.50 | $2,287,837.50 |
| 35 | $0.00 | $787,837.50 | $2,287,837.50 |
| 36 | $537,641.81 | $1,325,479.31 | $2,825,479.31 |
| 37 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 38 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 39 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 40 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 41 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 42 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 43 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 44 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 45 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 46 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 47 | $0.00 | $1,325,479.31 | $2,825,479.31 |
| 48 | $663,987.64 | $1,989,466.95 | $3,489,466.95 |
| 49 | $0.00 | $1,989,466.95 | $3,489,466.95 |
| 50 | $0.00 | $1,989,466.95 | $3,489,466.95 |
| 51 | $0.00 | $1,989,466.95 | $3,489,466.95 |
| 52 | $0.00 | $1,989,466.95 | $3,489,466.95 |
| 53 | $0.00 | $1,989,466.95 | $3,489,466.95 |
| 54 | $0.00 | $1,989,466.95 | $3,489,466.95 |
| 55 | $0.00 | $1,989,466.95 | $3,489,466.95 |
| 56 | $0.00 | $1,989,466.95 | $3,489,466.95 |
| 57 | $0.00 | $1,989,466.95 | $3,489,466.95 |
| 58 | $671,058.86 | $2,660,525.81 | $4,160,525.81 |

Base amount: $1,500,000.00
Interest Rate: 23.5%
Effective Annual Rate: 23.5%
Calculation period: 58 months

1   Brandon L. Phillips, Esq.-Local Counsel
2   Nevada Bar No.12264
    3960 Howard Hughes Parkway, Suite 500
3   Las Vegas, Nevada 89169
    Tel: 702.795.0097
4   Fax: 702.795.0098
    e-mail: *blp@abetterlegalpractice.com*
5
6   Douglas R. Dollinger, Esq., appearing Pro Hoc Vice
    Bar No. N.Y. 2354926
7   50 Main Street-Suite 1000
    White Plains, New York 10606
8   Tel.   845.915.6800
    Facs.  845.915.6801
9   e-mail: *ddollingeresq@gmail.com*

10

11                    **THE UNITED STATES DISTRICT COURT**
                        **FOR THE DISTRICT OF NEVADA**
12                          **(SOUTHERN DIVISION)**

13   GOLD LEAF OVERSEAS SA 4128, a privately held Panamanian
     corporation,   KILLSHUNT   REALTY   and   DEVELOPMENT
14   CORPORATION, a privately held corporation registered in the
     Philippines, and Craig Johnson, individually,                        **13-cv-1750-RCJ- (CWH)**
15
                                              *Plaintiffs,*
16                        *vs.*                                            **Default Judgment**
                                                                          **Fed R. Civ P. 55(a)**
17   Leticia R. Castro, Martha B. Castro, James a/k/a Jimmy Matute, Marc
     A. Grossman, Julia B. Sylva, individually and collectively the *RICO*
18   *Person Defendants,*
                                    *and*
19
     GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex
20   International, LLC., GrupoMex Latin America, GrupoMex LLC., and
     XCELL Security House, S.A. *Enterprise Members, Defendants in*
21   *Possession of Converted Assets,*
                                    *and*
22
     Manuel A. Hoth, Liana Pabuk, Ignacio C. Fernandez, Howard Cohen,
23   Joel Davies, Robert Saroukhanoff, John Doe and Jane Roe, 1-5,
     individually and as Directors/Officers Members and/or Employees of
24   GrupoMex Enterprise LLC., *Enterprise members individual*
     *Defendants Aiding/Abetting in Negligence,*
25
                                              *Defendants.*
26

27        The defendant(s), Leticia R. Castro, Martha B. Castro, James a/k/a Jimmy Matute,

28   individually, *and* GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex

                              Motion Request for Default Judgment

1   International, LLC., GrupoMex Latin America, GrupoMex LLC., having failed to appear,
2   plead or otherwise defend in this action, and default having been entered on September 11,
3   2104 and counsel for plaintiff(s) having requested judgment against the defaulted
4   defendant(s) and having filed a proper motion and declaration-exhibits in accordance with
5   Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby granted on the coplaint
6   for the claims of equitable, and injunctive relief in the form of a conversion-constructive
7   trust and turnover of the assets of the defendants held by XCell Security House and
8   Financial, SA with an award in monetary damages to be entered in favor of plaintiff(s)
9   Gold Leaf Overseas SA 4128, a privately held Panamanian corporation, Killshunt Realty
10  and Development Corporation, a privately held corporation registered in the Philippines,
11  and Craig Johnson, individually against Leticia R. Castro, Martha B. Castro, James a/k/a
12  Jimmy Matute, GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex
13  International, LLC., GrupoMex Latin America, GrupoMex LLC., and the Court further
14  directs entry of a judgment granting in favor of the Plaintiffs Gold Leaf Overseas SA 4128
15  a sum certain in the amount of One Million Three Hundred Thousand ($1,300,000.00)
16  Dollars and in the case of Killshunt Realty and Development Corporation a sum certain in
17  the amount of Nine Hundred Thousand ($900,000.00) Dollars and in the case of Craig
18  Johnson a sum certain in the amount of One Million Three Hundred Thousand
19  ($1,500,000.00) with a an award of pre judgement interest at a rate of 23.5% from October
20  10, 2010 with the calculations being for Gold Leaf Overseas SA 4128 $ 2,305,789.04; for
21  Killshunt Realty and Development Corporation   $1,596,315.49; and for Craig Johnson $
22  2,660,525.81, and against defendants the Leticia R. Castro, Martha B. Castro, James a/k/a
23  Jimmy Matute, GrupoMex Holding, LLC., GrupoMex Enterprises, LLC., GrupoMex
24  International, LLC., GrupoMex Latin America, GrupoMex LLC., under the applicable,
25  laws, codes, statutes and rules; plus interest on the judgment at the legal rate until the
26  judgment is satisfied.

27

        Dated: August 25, 2015.                    _____
28                                                  HON. ROBERT C. JONES USDC JUDGE

                              Motion Request for Default Judgment

1    Respectfully submitted:

2

3                                    Douglas R. Dollinger, Esq. NY Bar No. 2354926
                                     Appearing *Pro Hac Vice*
4                                    The Law Offices If Douglas R. Dollinger, P.C.
                                     & Associates
5                                    Main Street- Suite 1000
6                                    White Plains, NY 10606
                                     Telephone: 845-915-6800
7                                    Facsimile:  845-915-6801
8                                    E-mail: ddollingeresq@gmail.com

9                                    /S/_____
10                                   Brandon L. Phillips, Esq.-Local Counsel
                                     Nevada Bar No.12264
11                                   3960 Howard Hughes Parkway, Suite 500
                                     Las Vegas, Nevada 89169
12                                   Tel:  702.795.0097
13                                   Fax:  702.795.0098
                                     e-mail: *blp@abetterlegalpractice.com*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-