# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GOLD LEAF OVERSEAS SA 4128, <br> Plaintiff, <br> vs. <br> LETCIA R. CASTRO, *et al.*, <br> Defendants. | Case No.:  2:13-CV-01750-RCJ-CWH <br><br> **ORDER SETTING TELEPHONIC HEARING** |

**ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 11:00 A.M. Wednesday, October 7, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

Parties shall dial the Meet-Me-Line FIVE (5) minutes prior to the hearing as follows: (888) 675-2535; Access Code: 2900398; Password: 100715.  The use of a cell phone or speaker phone during the call is prohibited, the call must be made by using a land line.

IT IS SO ORDERED this 5th day of October, 2015.

ROBERT C. JONES
District Judge